**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CA,<br><br>Defendant. | Case No. 18-cv-04360-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE WITHOUT PREJUDICE**<br><br>[Re: ECF 11] |

The Court has reviewed the Report and Recommendation of Magistrate Judge Susan van Keulen ("Report") to dismiss this action with prejudice because Plaintiff Thomas Heaton Spitters ("Plaintiff") (1) failed to satisfy 28 U.S.C. § 1915(a)(1)'s requirements for proceeding in forma pauperis and has not paid the court's filing fee; and (2) failed to state a claim upon which relief may be granted and to allege subject matter jurisdiction. ECF 11. No objections to the Report and Recommendation have been filed and the deadline to object has lapsed. *See* ECF 11-1 (order served via mail on October 18, 2018, creating deadline of November 7, 2018).

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Plaintiff failed to amend his application or pay the necessary filing fee in this case after Judge van Keulen denied his in forma pauperis application and ordered him to amend his complaint to state a valid claim. *See* ECF 5. In her order, Judge van Keulen warned Plaintiff that "[f]ailure to file an amended complaint by th[e] deadline will result in . . . a recommendation that [the case] be dismissed with prejudice." *Id.* at 4. When Plaintiff failed to meet this deadline, Judge van Keulen issued an order to show cause why the case should not be dismissed with prejudice, ECF 7, to which Plaintiff did not substantively respond, *see* ECF 10. To date, Plaintiff

has not filed an amended complaint[1] or IFP application or paid the $400 filing fee. These failures warrant dismissal. However, because dismissal with prejudice is an extremely harsh sanction, this case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 12, 2018

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

---

[1] On October 25, 2018, Plaintiff filed a memorandum with the Court that appears to name additional defendants and causes of action, including references to federal law. ECF 14. The Court struck this memorandum as unresponsive to the pending report and recommendation. *See* ECF 15. To the extent the memorandum could be read extremely liberally to constitute an amended complaint, it still woefully fails to state a valid claim against Defendant.